UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIESEL SPECIALISTS, L.L.C., ET AL.    CIVIL ACTION

VERSUS                                 NO. 09-2843

MOHAWK TRAVELER M/V, ET AL.           SECTION "N" (5)

## ORDER AND REASONS

Before the Court is the Motion in Limine (Rec. Doc. 79), filed by Fitch Transportation, Inc., Mohawk Transportation, LLC, and Larry Fitch ("the movants"). In the motion, the movants object to the introduction of Plaintiff's Exhibit 12 - Invoices of Reich, Album & Plunkett, LLC for legal services. The motion is opposed by Diesel Specialists, LLC. After considering the memoranda of the parties, the exhibits attached thereto, and the applicable law,

**IT IS ORDERED** that the **Motion in Limine (Rec. Doc. 79)** is **DENIED.** Such evidence is admissible. According to the Credit Application, attached as exhibit A to Rec. Doc. 86, the movants agreed to pay attorney fees and all costs of litigation incurred.

New Orleans, Louisiana, this 4th day of January 2010.

KURT D. ENGELHARDT
United States District Judge