UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIESEL SPECIALISTS, L.L.C., ET AL.        CIVIL ACTION

VERSUS                                    NO. 09-2843

MOHAWK TRAVELER M/V, ET AL.               SECTION "N" (5)

### ORDER AND REASONS

Before the Court is the Motion to Set Aside and Vacate Automatic Stay, to Reinstate Mr. Joseph Badeaux as Substitute Custodian of the Vessel and to Amend the Judgment (Rec. Doc. 102), filed by Quality Shipyards, LLC. ("Quality"). This motion is opposed by Defendants Mohawk Traveler Transportation, LLC and the M/V MOHAWK TRAVELER, *in rem*. (See Rec. Doc. 114). After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that the **Motion to Set Aside and Vacate Automatic Stay, to Reinstate Mr. Joseph Badeaux as Substitute Custodian of the Vessel and to Amend the Judgment (Rec. Doc. 102)** is **GRANTED**. Thus,

**IT IS FURTHER ORDERED** that

(1) The automatic stay entered herein on June 11, 2009, is

hereby set aside and vacated.

(2) Mr. Joseph Badeaux is reinstated as the substitute custodian of the vessel.

(3) The Judgment entered herein is hereby amended to reflect that it is also against Defendant Mohawk Traveler Transportation, L.L.C., *in personam*, and the M/V MOHAWK TRAVELER, *in rem*.

New Orleans, Louisiana, this 17th day of May 2010.

_____
KURT D. ENGELHARDT
United States District Judge