UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIESEL SPECIALISTS, L.L.C., ET AL.     CIVIL ACTION

VERSUS                                  NO. 09-2843

MOHAWK TRAVELER M/V, ET AL.            SECTION "N" (5)

### ORDER AND REASONS

Before the Court is the Motion for Sale of the M/V MOHAWK TRAVELER (Rec. Doc. 103), filed by Quality Shipyards, L.L.C. ("Quality"). This motion is opposed by Defendants Mohawk Transportation, LLC and Fitch Transportation (See Rec. Doc. 115). After considering the memoranda filed by the parties and the applicable law,

**IT IS ORDERED** that the **Motion for Sale of the M/V MOHAWK TRAVELER (Rec. Doc. 103)** is **GRANTED**. The Court will simultaneously enter a separate Order for the Sale of the M/V MOHAWK Traveler and Deposit of Sale Proceeds.

New Orleans, Louisiana, this 17th day of May 2010.

KURT D. ENGELHARDT
United States District Judge