UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIESEL SPECIALISTS, L.L.C.                    CIVIL ACTION

VERSUS                                        NUMBER: 09-2843

M/V MOHAWK TRAVELER, ETC., ET AL.             SECTION: "N"(5)

O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendants to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion to enforce settlement agreement is granted and that this case is hereby reopened as between plaintiff and the Fitch entities.

New Orleans, Louisiana, this 18th day of January, 201_.

_____
UNITED STATES DISTRICT JUDGE