UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIESEL SPECIALISTS, L.L.C., ET AL.     CIVIL ACTION

VERSUS     NO. 09-2843, c/w 11-1162

MOHAWK TRAVELER M/V, ET AL.     SECTION "N" (5)

### ORDER AND REASONS

Before the Court is the "Motion for Summary Judgment" (Rec. Doc. 178), filed by Diesel Specialists, L.L.C. ("DS"). This motion is opposed by Larry Fitch ("Fitch"). (See Rec. Doc. 191). After considering all the memoranda filed by the parties (including Rec. Docs. 200 and 202) and the applicable law,

**IT IS ORDERED** that the **"Motion for Summary Judgment" (Rec. Doc. 178)** is **DENIED**. As argued by Fitch, the Court concludes that genuine issues of material fact preclude summary judgment at this time. Specifically, the Court concludes that issues exist relating to whether Fitch is personally liable for the debt owed to DS based on the signing of a personal guarantee, which was submitted pursuant to credit applications that were purportedly declined. Because the Court is unable to grant summary judgment on this issue, it does not yet reach the arguments relating to

amounts that may/may not be owed by Fitch personally.

New Orleans, Louisiana, this 16th day of August 2011.

_____
KURT D. ENGELHARDT
United States District Judge