UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIESEL SPECIALISTS, L.L.C., ET AL.          CIVIL ACTION

VERSUS                                       NO.  09-2843, c/w 11-1162

MOHAWK TRAVELER M/V, ET AL.                  SECTION  "N"  (5)

### ORDER AND REASONS

Before the Court is the "Motion to Strike" (Rec. Doc. 204), filed by Mississippi River Bank ("MRB"). This motion is opposed by Mohawk Traveler Transportation, LLC ("Mohawk"). (See Rec. Doc. 214). After considering all the memoranda filed by the parties (including Rec. Docs. 221 and 226) and the applicable law, including the Local Rules of this Court

**IT IS ORDERED** that the **"Motion to Strike" (Rec. Doc. 204)** is **GRANTED**. The Verified Answer was improperly combined with a Counterclaim and Third Party Claim. (Rec. Doc. 172). Mohawk shall file an Amended Answer within 10 days of this Order.  Also within that time, Mohawk shall file a motion requesting leave to file the Counterclaim and Third Party Claim.  If such motion is opposed, it shall be noticed for submission before the assigned Magistrate Judge, pursuant to Local Rule 72.1

New Orleans, Louisiana, this 12th day of September 2011.

KURT D. ENGELHARDT
United States District Judge